## CORPORATE RESOLUTIONS

The undersigned, being the President of CRYSTAL GALSS SERVICES R.E. INC., a New York corporation (the "Corporation") hereby certifies a resolution adopted by the Board of Directors at a meeting of the Board of Directors on January 21, 2017 with full authority to act on behalf of the Corporation, in the form and substance indicated below:

RESOLVED that in the judgment of the Board of Directors it is in the best interests of this Corporation, its creditors, stockholders, and other interested parties that a petition be filed by this Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED that the President or Secretary of the Corporation, or any person or persons so designated by the Board of Directors, (collectively, the "Officers"), be, and each hereby are, authorized and directed on behalf of this Corporation to (a) execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code (the "Petition") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in such form and at such time as the Officer executing said Petition on behalf of this Corporation shall determine or such other court as the appropriate Officer or Officers of the Corporation shall determine to be appropriate; and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is

FURTHER RESOLVED that the Officers or anyone of them be, and each hereby is, authorized to execute and file (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Law offices of Ehsanul Habib be, and hereby is, employed under an advance payment retainer in the amount of $1,717, as bankruptcy counsel for the Corporation in the chapter 11 case, and it is

FURTHER RESOLVED that the corporation employ such other professionals as in the discretion of the President and such officers as he may authorize to act on behalf of the corporation, as they may deem appropriate, including, without limitation, accounting professionals; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by any Officers of the Corporation to restructure the Corporation's debt or seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matters related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is

FURTHER RESOLVED that the Corporation, prior to the chapter 11 case and subsequent thereto as debtor and debtor-in-possession, be, and hereby is, authorized to borrow funds from a lender or lenders on terms as any Officer of the Corporation deems appropriate, to obtain the use of cash collateral in such amounts, and on such terms as may be approved by any one or more of the Officers as reasonably necessary for the continuing conduct of the affairs of the Corporation, and to grant security interests in and liens upon all or substantially all of the Corporation's assets as may be deemed necessary by anyone or more of the Officers in connection with such borrowings or the use of such cash collateral; and it is

FURTHER RESOLVED that the Officers be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer or Officers so acting; and it is

FURTHER RESOLVED that the Officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation and the Corporation as debtor and debtor in possession, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Officer or Officers of the Corporation in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned has executed this certification this 21 day of January 2017.

_____
James R Harte
Crystal Glass Servises R.E. Inc