IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-22076-rdd |
| | ) | |
| CRYSTAL GLASS SERVICES R.E. INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)

Upon the motion, dated March 24, 2017 (the "Motion"), of Metalex, Inc. (the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in 68 Runyon Avenue, Yonkers, New York 10710 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and upon the objection of the debtor herein (the "Debtor") and all other pleadings filed in connection with the Motion; and the Court having held a hearing on the Motion on July 7, 2017 at which it directed the Debtor to make adequate protection payments to the Creditor commencing on or before July 21, 2017 pursuant to 11 U.S.C. §§ 361 and 362(d)(3); and upon the certification of counsel for the Creditor, dated July 21, 2017, that no such payment was made by such date, which certification was further confirmed by representations to the Court by the Creditor's counsel on July 25, 2017; and, after due deliberation, good and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated pursuant to section 362(d)(1) and (3) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, including, without limitation, foreclosure or execution and sale thereafter, and eviction proceedings; and it is further

ORDERED, that the Creditor shall promptly report and turn over to the Debtor and any successor thereto, any surplus proceeds of the Property.

Dated: July 27, 2017               /s/Robert D. Drain
       White Plains, New York         UNITED STATES BANKRUPTCY JUDGE