| | |
|---|---|
| BRONSON LAW OFFICES, P.C. | **PRESENTMENT DATE AND TIME:** |
| PROPOSED COUNSEL FOR THE DEBTOR | September 18, 2017 at 12:00 Noon |
| 480 Mamaroneck Ave. | |
| Harrison, NY 10528 | |
| 914-269-2530 | |
| H. Bruce Bronson | |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| SOUTHERN DISTRICT OF NEW YORK | Case No. 17-22076 (RDD) |
| ------------------------------------------------------x | |
| In re: | Chapter 11 |
| CRYSTAL GLASS SERVICES R.E. INC. | |
| Debtor, | |
| ------------------------------------------------------x | |

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE RETENTION OF BRONSON LAW OFFICES, P.C., AS COUNSEL FOR THE DEBTOR**

**PLEASE TAKE NOTICE** that upon the annexed application (the "Application") of **BRONSON LAW OFFICES, P.C.** (the "Firm") made on behalf of **CRYSTAL GLASS SERVICES R.E., INC.**, the above referenced debtor (the "Debtor") pursuant to Section 327(a) of Title 11, United States Code, as amended (the "Bankruptcy Code"), and Bankruptcy Rule 2014(a) seeking authority to employ the firm as counsel, the annexed order will be presented to the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, in his Chambers at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York on September 18, 2017 at 12:00 Noon.

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Application is vailable on the Bankruptcy Court website, www.nysb.uscourts.gov, and from the undersigned on request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, should be filed and served upon the undersigned with a copy delivered to the Bankruptcy Judge's

Chambers, on or before one (1) day prior to the presentment date. In the event that no objections are interposed, the proposed order may be entered.

Dated: Harrison, NY
September 9, 2017

                                           **BRONSON LAW OFFICES, P.C.**

/s/  H. Bruce Bronson
H. Bruce Bronson, Esq.
Proposed Counsel to the Debtor
480 Mamaroneck Ave.
Harrison, NY 10528