UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                                           Case No.: 17-22076 (RDD)

CRYSTAL GLASS SERVICES R.E., INC.,     Chapter 11

                                                         **AFFIRMATION**

                                        Debtor,     This affirmation seeks to retain general bankruptcy counsel for the Debtor, *nunc pro tunc*, as of August 21, 2017

---------------------------------------------------------x

STATE OF NEW YORK         )
                                       ) ss:
COUNTY OF WESTCHESTER   )

       H. Bruce Bronson, an attorney duly admitted to practice law in the state of New York and before the Courts of this district, affirms the following under penalty of perjury:

       1.    I am an attorney at law duly admitted to practice in the State of New York and in this Court and I am the owner of the firm Bronson Law Offices, P.C. ("Firm").

       2.    The Firm maintains offices for the practice of law at 480 Mamaroneck Avenue, Harrison, NY and 42 Catherine Street, Poughkeepsie, NY. Its main mailing address is 480 Mamaroneck Avenue, Harrison, NY 10528.

       3.    The Firm is a disinterested person, as that term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code, in that it:

            a.    is not a creditor, equity security holder, or insider of the Debtor:

            b.    is not and was not, within two years before the date of the filing of the petition a director, officer or employee of the Debtor; and

    c. does not have any interest materially adverse to the interest of the estate, of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason; and

    d. does not have any connection with the United States Trustee, or any person employed in the Office of the United States Trustee.

  4. The undersigned is the attorney who will bear primary responsibility for the representation the authority for which is sought herein, however, the Firm and its affiliated who may appear on behalf of the Debtor from time to time will fulfill the description set forth above.

  5. Firm does not, and will not share fees with any professionals or others as relates to this matter.

  6. To the best of the undersigned's knowledge, Firm does not have any interests that are adverse or could otherwise present a conflict between Firm or its attorneys, and the Debtor. In addition, the undersigned has reviewed the current list of creditors and believes that no conflicts exist between Firm or its attorneys, the Debtor, creditors and the estate.

  7. Applicant has met with the Debtor on multiple occasions to discuss its potions under Chapter 11.

  8. Firm received from the principal of Debtor an initial retainer of $1,000. At the time of retention, no money was owed to Firm. Applicant will maintain time records of services rendered in connection with this case. Applicant will file periodic fee applications so that the Court can grant compensation.

9. Firm is willing to be retained by the Debtor as counsel and will bill at the rate of $400 per hour for H. Bruce Bronson, and $120.00 per hour for non-attorney (paralegal) personnel time. In the event rates increase, Firm will notify the Debtor, the Office of the U.S. Trustee and the Court of any increased rates. In addition, Firm intends to seek reimbursement of certain expenses it will incur as part of its fee application to be filed in this case.

10. The undersigned believes that Firm is competent to represent the interests of the Debtor on whose behalf representation is now sought in all proceedings now pending or which may reasonably be expected to be pending in this Court in the foreseeable future.

Dated: Harrison, NY
      September 9, 2017                                       /s/ H. Bruce Bronson
                                                             H. Bruce Bronson, Esq.
                                                             Bronson Law Offices, P.C.
                                                             480 Mamaroneck Ave.
                                                             Harrison, NY 10528
                                                             914-269-2530