UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: CRYSTAL GLASS SERVICES R E , INC | CASE NO: 17-22076 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/11/2017, I did cause a copy of the following documents, described below,

Notice of Presentment,

Application to Employ Bronson Law Offices PC

Affirmation in Support of Application to Employ

Lar Dan Declaration

Proposed Order for retention

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/11/2017

/s/ H. Bruce Bronson
H. Bruce Bronson  1679380
Bronson Law Offices PC
480 Mamaroneck Ave.
Harrison, NY  10528
914 269 2530
ecf@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRYSTAL GLASS SERVICES R E , INC | CASE NO: 17-22076 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/11/2017, a copy of the following documents, described below,

Notice of Presentment,

Application to Employ Bronson Law Offices PC

Affirmation in Support of Application to Employ

Lar Dan Declaration

Proposed Order for retention

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bronson Law Offices PC
H. Bruce Bronson
480 Mamaroneck Ave.
Harrison, NY  10528

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
02087
CASE 17-22076-RDD
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS
SUN SEP 10 12-42-01 EDT 2017

2 CITY OF YONKERS
40 SOUTH BROADWAY
YONKERS NY 10701-3715

3 CRYSTAL GLASS SERVICES RE INC
68 RUNYON AVENUE
YONKERS NY 10710-5317

4 NYS DEPARTMENT OF TAXATION  FINANCE
15 METROTECH CENTER
BROOKLYN NY 11201-3818

5 UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET ROOM 1006
NEW YORK NY 10014-9449

6 WHITE PLAINS DIVISION
300 QUARROPAS STREET
WHITE PLAINS NY 10601-4140

7 75 MR GLASS INC
10341 WOODHAVEN BLVD
OZONE PARK NY 11417-3128

8 BRONSON LAW OFFICES PC
ATTORNEYS FOR DEBTOR
480 MAMARONECK AVE
HARRISON NY 10528-1621

9 CITY OF YONKERS
CORPORATION COUNSEL
40 SOUTH BROADWAY RM 300
YONKERS NY 10701-3715

10 CHARLES N JOSEPHSON
ROCHELLE B JOSEPHSON
3000 BRONX PARK EAST 4N
BRONX NY 10467-6737

11 DAVID B GELFARB ESQ
122 E 42ND STREET
ROOM 2100
NEW YORK NY 10168-2199

12 METALEX INC
35 CARUSO PLACE
ARMONK NY 10504-1366

13 NEW YORK STATE DEPARTMENT OF TAXATION  FINA
BANKRUPTCY SECTION
P O BOX 5300
ALBANY NEW YORK 12205-0300

14 OFFICE OF CORPORATION COUNSEL
CITY OF YONKERS
40 SOUTH BROADWAY ROOM 300
YONKERS NEW YORK 10701-3700

15 TUCKER ARENSBERG PC
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

16 TUCKER ARENSBERG PC
ATTORNEYS FOR METALEX INC
ATTN- JORDAN S BLASK ESQ
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5416

17 H BRUCE BRONSON JR
BRONSON LAW OFFICES PC
480 MAMARONECK AVENUE
HARRISON NY 10528-1621