Judge DRAIN

Re case 17-2207k

Dear Your Honr,

Request early dismural of my bankrups
case. All debts were paid through hard
mncy loan. I put up my home and 68
Runyon. I'm trying to get a convabeml
mvryaya as the rates paying are very high.
As well BRVK BRvrson I need your hrms
permusm to not use any longer.

Respectfully

Jim Harte
917-217-0226

JAMES HARTE

S.D. OF N.Y.
2017 OCT 25  P 4:40
FILED
U.S. BANKRUPTCY COURT