**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
42 Catharine Street, Poughkeepsie, NY 12601
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY & PA)
Email: hbbronson@bronsonlaw.net

of Counsel:
Victoria Lehning, Esq.
Lehninglaw@Yahoo.com

November 8, 2017

Honorable Judge Robert D. Drain
SDNY Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

<u>In re: Crystal Glass Services RE, Inc.; case no.:17-22076 ("Debtor")</u>
<u>Report as to sale.</u>

Dear Judge Drain:

The Debtor sold its sole asset the real property located at 68 Runyon Ave., Yonkers, NY 10710 (the "Property"), pursuant to the contract and the 363 order. The sale price was $500,000.

The proceeds were distributed at closing as follows:

> $214,100.28 to the City of Yonkers for delinquent taxes
> $158,733.97 payoff to Metalex (secured lien holder)
> $52,500.00 payoff to Josephson (secured lien holder)
> $74,665.75 to Bronson Law Offices escrow account.

The escrowed procees are to be distributed as follows:

Legal Fees and expenses (if and to the extent approved by the court) of $28,461.92 (after subtracting the retainer of $1,000).

NYS Dept. of Taxation in the amount of $29,260.19 See **Exhibit A** attached hereto.

US Trustee fees of $6,175 (estimate of liability based on distribution of proceeds).

Balance to the Debtor of $10,,768.83.

The sale transaction was difficult and laborious because multiple issues arose. The loan facility to the purchaser required liens on both the Property and Debtor's residence. During the course of the sale it was discovered that (1) there was no insurance on either of the properties and insurance had to be secured; (2) the Debtor's principal had a tax lien of about $60,000 for which the title company escrowed double the liability; (3) title insurance had to be obtained on two properties, and (4) delinquent taxes of $64,755.10 had to be paid on Debtor's principal's property in order to be current.

Attached hereto is the Closing Statement which reflects the closing for both the sale and the loan to the purchaser. See **Exhibit B** attached hereto.

Submitted by:

/s/ H. Bruce Bronson
H. Bruce Bronson

# Exhibit A



**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Statement date: 6/7/2017

**Case number:** 17-22076 RDD
Refer to this number for inquiries

**Total claim amount:** $29,260.19

## Pre-Petition Proof of Claim

**Taxpayer ID#:** B-TF-1685119-4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
U. S. COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

This is a statement of tax liabilities for CRYSTAL GLASS SERVICES R.E., INC.. Penalty and interest for each liability is computed to 1/21/2017.

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 01/31/03 | L-046597163-2 | 1,000.00 | 0.00 | 1,959.86 | 2,959.86 | EST |
| CORP | 01/31/04 | L-046597211-5 | 1,000.00 | 0.00 | 1,773.56 | 2,773.56 | EST |
| CORP | 01/31/05 | L-046597232-4 | 1,000.00 | 0.00 | 1,591.53 | 2,591.53 | EST |
| CORP | 01/31/06 | L-046597210-6 | 1,000.00 | 0.00 | 62.82 | 1,062.82 | EST |
| CORP | 01/31/07 | L-046597162-3 | 1,000.00 | 0.00 | 1,156.92 | 2,156.92 | EST |
| CORP | 01/31/08 | L-046597235-1 | 1,000.00 | 0.00 | 958.65 | 1,958.65 | EST |
| CORP | 01/31/09 | L-046597178-6 | 1,000.00 | 0.00 | 817.72 | 1,817.72 | EST |
| CORP | 01/31/10 | L-046597160-5 | 1,000.00 | 0.00 | 677.98 | 1,677.98 | EST |
| CORP | 01/31/11 | L-046597189-5 | 1,000.00 | 0.00 | 549.87 | 1,549.87 | EST |
| CORP | 01/31/12 | L-046597213-3 | 1,000.00 | 0.00 | 434.95 | 1,434.95 | EST |
| CORP | 01/31/13 | L-046597205-1 | 1,000.00 | 0.00 | 331.82 | 1,331.82 | EST |
| CORP | 01/31/14 | L-046597156-8 | 1,000.00 | 0.00 | 235.60 | 1,235.60 | EST |
| CORP | 01/31/15 | L-046597164-1 | 1,000.00 | 0.00 | 146.32 | 1,146.32 | EST |
| CORP | 01/31/16 | L-046597155-9 | 1,000.00 | 0.00 | 62.59 | 1,062.59 | EST |
| CORP | 01/31/17 | L-046597194-1 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | EST |
| | | | | | SubTotal $ | 25,760.19 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 01/31/03 | L-046597163-2 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/04 | L-046597211-5 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/05 | L-046597232-4 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/06 | L-046597210-6 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/07 | L-046597162-3 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/08 | L-046597235-1 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/09 | L-046597178-6 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/10 | L-046597160-5 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/11 | L-046597189-5 | 0.00 | 250.00 | 0.00 | 250.00 | EST |

## (Continued on back)

General Unsecured Liabilities (Continued)

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 01/31/12 | L-046597213-3 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/13 | L-046597205-1 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/14 | L-046597156-8 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/15 | L-046597164-1 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| CORP | 01/31/16 | L-046597155-9 | 0.00 | 250.00 | 0.00 | 250.00 | EST |
| | | | | | SubTotal $ | 3,500.00 | |

Current Annual Interest Rates by Tax Type: Corporation - 8%
Liability Type Descriptions: EST - Estimated (No Return Filed)

TC-988 (10/00) (back)

# Exhibit B

 **Fidelity National Title**
Insurance Company

**FNTIC/Strategic Market Services**
7130 Glen Forest Drive, Suite 300
Richmond, VA 23226
Phone: 866-552-0129  Fax: 866-417-6213

## CLOSING STATEMENT

**SETTLEMENT DATE:** September 26, 2017

**ORDER NO.:** 25762629
**CUSTOMER REF:** Crystal Glass Services, Inc.
**LOAN NUMBER:**

**PURCHASER:** CGSRE Acquisition Corp., a New York corporation
c/o Bronson Law Offices PC
480 Mamaroneck Avenue
Harrison, NY 10528

**GUARANTORS:** James Hart and Joyce Harte,
husband and wife
129 Lyncroft Road
New Rochelle, NY 10804

**SELLER:** Crystal Glass Services Re., Inc., a New York corporation
c/o Bronson Law Offices PC
480 Mamaroneck Avenue
Harrison, NY 10528

**LENDER:** Dynasty LLC
P.O. Box 4208
Gaithersburg, MD 20885

**PROPERTY:** 68 Runyon Ave
Yonkers, NY 10710

129 Lyncroft Road
New Rochelle, NY 10804

| DESCRIPTION | PURCHASER | | SELLER | |
|---|---|---|---|---|
| | Charges | Credits | Charges | Credits |
| Purchase Price | $500,000.00 | | | $500,000.00 |
| Loan Charges<br>To Dynasty LLC | | | | |
|     Loan Fee | $27,062.50 | | | |
|     September Interest - $283.33 x 4 days | $1,133.32 | | | |
|     Loan Reserve | $53,106.69 | | | |
|     Document Review Fee | $400.00 | | | |
|     Inspection Fee | $400.00 | | | |
|     Wiring Fee | $25.00 | | | |
| Title Charges<br>To Fidelity National Title Insurance Company | | | | |
|     Closing Coordination Fee | $750.00 | | | |
|     Title Coordination Fee - 2 @ $750.00 each<br>(25762629 & 25762656) | $1,500.00 | | | |
|     Tax Certification Fee (25762629) | $35.00 | | | |

| DESCRIPTION | PURCHASER | | SELLER | |
|---|---|---|---|---|
| | Charges | Credits | Charges | Credits |
| Copy Costs (25762629=$128.00 & 25762656=$15.00) | $143.00 | | | |
| **Title Insurance - LP $850,000.00 (25762629) / LP $850,000.00 (25762656)** **To Fidelity National Title Insurance Company** | | | | |
| Mortgage-Basic Coverage | $3,269.00 | | | |
| Environment Protect Lien | $25.00 | | | |
| ALTA-9 (Restric/Encroach/Min) | $327.00 | | | |
| TirsaTaxParcelEndSingleTa-L | $25.00 | | | |
| Mortgage-Basic Coverage | $3,269.00 | | | |
| Environment Protect Lien | $25.00 | | | |
| ALTA-9 (Restric/Encroach/Min) | $327.00 | | | |
| TirsaTaxParcelEndSingleTa-L | $25.00 | | | |
| **Governmental Recordation Charges:** Note-Any overages collected at closing will be refunded after recordation is completed. | | | | |
| Court Order - 68 Runyon Ave To Westchester County Clerk | $95.00 | | | |
| Releases - 3 @ $70.50 each To Westchester County Clerk | $211.50 | | | |
| Deed - 68 Runyon Ave To Westchester County Clerk | $340.00 | | | |
| Deed Transfer Tax/Doc Stamps - 68 Runyon Ave To Westchester County Clerk | $7,680.50 | | | |
| Mortgage - 68 Runyon Ave To Westchester County Clerk | $220.00 | | | |
| Mortgage Tax - 68 Runyon Ave To Westchester County Clerk | $15,300.00 | | | |
| Mortgage - 129 Lyncroft Rd To Westchester County Clerk | $220.00 | | | |
| Mortgage Tax - 129 Lyncroft Rd To Westchester County Clerk | $11,050.00 | | | |
| UCC-1 Filing To Westchester County Clerk | $60.00 | | | |
| City Tax Lien Releases (2 @ $70.50 each) To City of Yonkers | $141.00 | | | |
| **Disbursements to Others** | | | | |
| Mortgage Broker Fee To PrivateLenderLink.com | $1,625.00 | | | |
| Broker Fee To Excellor, Inc. | $8,500.00 | | | |
| Broker Fee To David Artino | $9,562.50 | | | |
| Delinquent and Current years Taxes, 2012 thru 2018 To City of Yonkers | | | $214,100.28 | |

| DESCRIPTION | PURCHASER | | SELLER | |
|---|---|---|---|---|
| | Charges | Credits | Charges | Credits |
| Prior years Delinquent Taxes, good thru 09/30/2017<br>To Tax Collector - New Rochelle | $64,755.10 | | | |
| 1st Installment Current Year School Taxes, due 10/31/2017<br>To Tax Collector - New Rochelle | $7,806.35 | | | |
| Metalex Payoff, good to 09/27/2017<br>To Tucker Arensberg, P.C. Escrow Account | | | $158,733.97 | |
| Josephson Payoff, good to 09/27/2017<br>To Mirsky and Associates, PLLC IOLA Trust Account | | | $52,500.00 | |
| Invoice for Insurance - 68 Runyon Ave<br>To Chenault Insurance Service, LLC | $4,483.54 | | | |
| Invoice for Insurance - 129 Lyncroft Rd<br>To Chenault Insurance Service, LLC | $5,352.00 | | | |
| Lender Attorney Fees - Legal Fee $2,250.00 less $1,500.00 Deposit held<br>To Law Office of D. Voudouris, PLLC<br>    POC(B) $1,500.00 | $750.00 | | | |
| Remaining Seller Proceeds<br>To Bronson Law Offices PC, IOLTA Account | | | $74,665.75 | |
| Federal Tax Lien - Escrow Hold pending payoff<br>To Fidelity National Title Insurance Company | $120,000.00 | | | |
| Loan Amount<br>From Dynasty LLC | | $850,000.00 | | |
| Sub Totals: | $850,000.00 | $850,000.00 | $500,000.00 | $500,000.00 |
| Amount Owed by Purchaser | $0.00 | $0.00 | | |
| Amount Due to Seller | | | $0.00 | $0.00 |
| Signatures to follow on next page | | | | |

Purchaser:

COSRE Acquisition Corp.

By: _____
　　　Jim Harte, President/Secretary

Guarantors/Individually:

_____
James Harte

_____
Joyce Harte

Seller:

Crystal Glass Services Re., Inc.

By: _____
　　　James Harte, Sole Shareholder,
　　　Sole Officer and Sole Director

Escrow Agent:

FNTIC/Strategic Market Services

By: _____
Name:　　Shelley Cottrell
Title:　　Senior Escrow Officer