UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      Chapter 11

CRYSTAL GLASS SERVICES RE, INC.                             Case No.: 17-22076 (RDD)

                Debtor.

------------------------------------------------------------x

**ORDER AUTHORIZING DEBTOR'S ATTORNEY AS ESCROW AGENT TO RELEASE $8,000.00 RECEIVED FROM NEW YORK STATE CURRENTLY HELD IN ESCROW TO DEBTOR'S SOLE SHAREHOLDER**

Upon the letter, dated February 13, 2018 (Dkt. No. 94) (the "Application"), of H. Bruce Bronson, Jr., Esq., of Bronson Law Offices, P.C., as escrow agent of CRYSTAL GLASS SERVICES RE, INC., the post-confirmation debtor herein (the "Debtor"), seeking release of $8,000.00 in funds received as a result of a refund from the New York State Department of Taxation and Finance (the "Department") and presently held in escrow by Debtor's counsel, for payment to the Debtor; and in furtherance of the directives of the Court's Order dated November 27, 2017 (A) Determining that the Debtor's Small Business Chapter 11 Plan Provides Adequate Information and that a Separate Disclosure Statement is not Necessary; (B) Approving Small Business Chapter 11 Plan (the "Plan"); and (C) Approving and Directing Certain Payments by Debtor from Escrow (Dkt. No. 84) (the "November 27 Order"); and upon the representation of Debtor's counsel in the Application that the $8,000.00 of funds to be released represents the refund of monies originally paid on behalf of the Debtor to the Department (the "$8,000.00 Refund"); and upon the prior representation of the Debtor's sole shareholder, James Harte ("Mr. Harte"), in a certification filed on December 12, 2017 (Dkt. No. 89) that the Debtor and the Department have agreed that no further payment need be made to the Department in respect of its proof of claim in this case (Claim No. 3-1) and upon Mr. Harte's further representation that he does not intend in the future to use the Debtor as a

1

New York corporation; and it therefore appearing that under the November 27 Order the $8,000.00 Refund held in escrow by Debtor's counsel should be released to the Debtor, for distribution under the Plan to the Debtor's sole shareholder, Mr. Harte; and good and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Application is granted, and, in furtherance of the November 27 Order, Debtor's counsel is authorized and directed to pay forthwith, as escrow agent, the $8,000.00 Refund held in escrow to the Debtor, for distribution under the plan to Mr. Harte as the Debtor's sole shareholder.

Dated: White Plains, New York
February 14, 2018

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE