

**Re: ATTN : JUDGE DRAIN**
Judge Drain (Bankr Judge) to: Jim Harte
Cc: 

02/20/2018 11:57 AM

Dear Mr. Harte:

The check was issued to you personally because you are the shareholder of the debtor. Under the plan and the law, you, as the shareholder of the debtor, are entitled to the money because there were no more creditors of the debtor to be paid and the debtor was dissolving. The court cannot amend the order to deter New York State from attaching your asset.

We will file this correspondence on the docket.

| Jim Harte | Dear Your Honor, I hope all is well these days in... | 02/20/2018 10:49:01 AM |

From: Jim Harte <allianceglass2@outlook.com>
To:
Date: 02/20/2018 10:49 AM
Subject: ATTN : JUDGE DRAIN

Dear Your Honor ,
I hope all is well these days in your court .
I apologize for writing again , as I know you
must always have so much paperwork .
I just turned 77 in October , and until this past
year , I never borrowed money .
I took out a hard money loan , which you are well
aware of back a few months ago .
I put up my home and commercial property to get
the loan .
Yes , I had four creditors who were paid in full , as I
told you your honor when I first came to court .
The lender took so many unforeseen expenditures .
I was almost left with very little .
Bronson gave me a check under your direction , made
out to my name .
I deposited the check and then was going to deposit in
my new corporation , CGSRE Acquisition .
I owed NYS personal tax and they took the money .
This money I borrowed and put up my properties .
Your Honor , can you please rescind your order and say
the check should have been made out to CGSRE Acquisition .
I don ' t understand why the check was issued to me personally .
Thank you again for your valued time .
Your assistant Dorothy has been extremely helpful in trying to
explain .

Respectfully,
Jim Harte
( 917 ) 217 - 0296